47 A.3d 1176

**Robert FELDER, Petitioner**

v.

**COMMON PLEAS COURT OF the FIRST JUDICIAL DISTRICT OF PHILADELPHIA COUNTY et al., Respondents.**

**No. 60 EM 2012.**

Supreme Court of Pennsylvania.

July 6, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of July, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending filings within 120 days of our order.